# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Jose Flores-Lopez<br>YOB: 1970; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>24-00379MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(2)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 11, 2024, at or near Nogales, in the District of Arizona, **Jose Flores-Lopez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Harlingen, Texas on July 7, 2011, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(2), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Jose Flores-Lopez** is a citizen of Mexico. On July 7, 2011, **Jose Flores-Lopez** was lawfully denied admission, excluded, deported and removed from the United States through Harlingen, Texas. On April 11, 2024, agents found **Jose Flores-Lopez** in the United States at or near Nogales, Arizona, without the proper immigration documents. **Jose Flores-Lopez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*<br><br>Sworn by telephone  x | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>April 15, 2024 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Hopkins